JTW: 05.25.21
DAL/ MDB: 2020R00584

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 27 PM 3: 01

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. GLR-21-0190 |
| v. | (Conspiracy to Distribute Controlled Substances, 21 U.S.C. § 846; Possession with Intent to Distribute a Controlled Substance; and Forfeiture) |
| **LAMAR PRILLIMAN** | |
| a/k/a "Block" | |
| Defendant. | |

## INDICTMENT

### COUNT ONE

### Conspiracy to Distribute Controlled Substances

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury, but no later than in or about December 2020 through on or about January 12, 2021, in the District of Maryland, and elsewhere, the defendant:

**LAMAR PRILLIMAN,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture or substance, the weight of which exceeded 400 grams, containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

1

## COUNT TWO

**Possession of a Controlled Substance with the Intent to Distribute**

The Grand Jury for the District of Maryland further charges that:

On or about January 12, 2021, in the District of Maryland, and elsewhere, the defendant:

**LAMAR PRILLIMAN,**

did knowingly and intentionally possess with the intent to distribute a mixture or substance, the weight of which exceeded 400 grams, containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)piperidin-4-yl] propanamide, also known as fentanyl, in violation of 21 U.S.C. § 841.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

## PRIOR CONVICTION NOTICE PURSUANT TO 21 U.S.C. § 851

Before **LAMAR PRILLIMAN** committed the offenses charged in Counts One and Two of this Indictment, **LAMAR PRILLIMAN** had a final conviction for a serious drug felony, specifically, a conviction under 21 U.S.C. §§ 846. 841(a)(1), (b)(1)(A) (Conspiracy to Distribute and Possess With Intent to Distribute Heroin, Cocaine, and Cocaine Base), for which he was sentenced to a term of imprisonment of 252 months and a period of supervised release of 5 years with a Final Judgment entered on February 21, 2008 by the United States District Court for the District of Maryland, with said term of imprisonment later being reduced to a term of 210 months on August 28, 2014, and thus and thereafter served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant, **LAMAR PRILLIMAN**, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

2. If any of the property described above, as a result of any act or omission of the defendant[s]:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

21 U.S.C. § 853
28 U.S.C. § 2461(c)

A TRUE BILL:                          Jonathan F. Lenzner
                                      Acting United States Attorney

                                      *Jonathan F. Lenzner /s/ DAL*

**SIGNATURE REDACTED**
                                      Dated: May 27th 2021
Foreperson

5